UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SYLVIA RAMOS,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security,**<br><br>        Defendant. | Case No. EDCV 15-02386 RGK (AJW)<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is affirmed.

August 10, 2017

_____
R. GARY KLAUSNER
United States District Judge